UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KUN LI, | Case No.: 26-CV-2551 JLS (AHG) |
|---|---|
| Petitioner, | **ORDER DISMISSING PETITION** |
| v. | (ECF No. 1) |
| Warden, Otay Mesa Detention Center, | |
| Respondent. | |

Presently before the Court is Petitioner Kun Li's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1). Petitioner has previously filed a habeas petition with the Court, which the Court denied. *See Li v. LaRose*, No. 26-CV-1614-JLS-MMP, ECF No. 6 (S.D. Cal. Apr. 8, 2026) ("Order"). The Court denied the petition because Petitioner entered the United States on a B2 visitors visa, which expired at the time of his arrest. Order at 3. Because of this status, Petitioner was deemed removable under 8 U.S.C. § 1227(a)(1)(B) and placed into removal proceedings under 8 U.S.C. § 1229a. *Id.* Petitioner was rightfully given a bond hearing under § 1226(a) where Petitioner was denied bond based on dangerousness. *Id.* Respondents attached the immigration judge's bond memorandum demonstrating that all of Petitioner's individualized circumstances, including the expungement of his DUI conviction, were considered in denying bond. *Li v.*

*LaRose*, No. 26-CV-1614-JLS-MMP, ECF No. 4, Ex. 2, at 20 (S.D. Cal. March 23, 2026). The Court also concluded that Petitioner was not entitled to release, as there had never been a prior determination by DHS that Petitioner was not a danger to the community or a flight risk such that he had a liberty interest in his release. Order at 4. The Court also rejected Petitioner's APA and Fourth Amendment arguments, as there was no final agency action to be reviewed and no evidence that release is a proper remedy for a Fourth Amendment violation. *Id.* at 5. Therefore, the Court found that Petitioner was not owed any relief.

The Court finds that there are no new grounds for relief that were not raised in the prior petition. *See generally* Pet. A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g.*, *Salas v. Att'y Gen.*, No. 23-CV-1118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Therefore, the Petition is **DISMISSED WITHOUT PREJUDICE**. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  May 14, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-2551 JLS (AHG)